UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE MAURICE STARKS #818996,

      Plaintiff,

v.

CURTIS HOSKINS, et al.,

      Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-00019-PLM-RSK

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Jermaine Maurice Starks #818996 has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Response in Opposition to Motion for Summary Judgment– ECF No. 26

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Jermaine Maurice Starks #818996 files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  February 18, 2026

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE MAURICE STARKS #818996,

      Plaintiff,

v.

CURTIS HOSKINS, et al.,

      Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-00019-PLM-RSK

**SIGNATURE PAGE FOR:**

Response in Opposition to Motion for Summary Judgment– ECF No. 26

      The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.