UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE MAURICE STARKS #818996,

    Plaintiff,

v.

    Hon. Paul L. Maloney

    Case No. 1:25-cv-00019-PLM-RSK

CURTIS HOSKINS, et al.,

    Defendants.

_____/

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Jermaine Maurice Starks #818996 has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Brief in Support of Response – ECF No. 27

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Jermaine Maurice Starks #818996 files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  February 18, 2026

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE MAURICE STARKS #818996,

     Plaintiff,

v.

                                          Hon. Paul L. Maloney

CURTIS HOSKINS, et al.,

                                          Case No. 1:25-cv-00019-PLM-RSK

     Defendants.

_____/

**SIGNATURE PAGE FOR:**

Brief in Support of Response – ECF No. 27

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.